Richard Aspen
935 Geary, #807
San Francisco, CA 94109
PO Box 2001, Sausalito, CA
415-374-3636
RichardAspen@yahoo.com

Plaintiff




## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

CRB

| | |
|---|---|
| Richard Aspen, Plaintiff<br>VS<br>Gavin Newsom, Mayor ;<br>City of San Francisco, CA<br>Defendants | CV Case No 09 5589<br>COMPLAINT<br>DEMAND FOR JURY TRIAL |

1. **Jurisdiction**. This court has jurisdiction over this complaint because it is a Constitutional issue.

2. **Venue**. Venue is appropriate in this court because the plaintiff is a resident of the city.

3. **Intradistrict Assignment**. This lawsuit should be assigned to this SF Division of this court as the defendant is the city itself.

4. Plaintiff Aspen is an educator, entertainer and resident of the city.



**Complaint.**

In the present case, appellant seeks vindication of rights protected under the First Amendment.

In 1996 when, on appeal, Federal Judges Mahoney, Van Graafeiland and Carter authored the ruling "Bery VS New York City": they reversed the rulings of multiple lower Federal Courts and all of New York City & States then used statutes. Because they reversed so many other rulings, they went to great lengths and detail to clearly articulate the breadth and depths of first amendment protections in this country. In 1997 not one of the Justices on the Supreme Court wanted to visit their ruling.

In the history of American jurisprudence, this esoteric ruling now stands as the definitive legal articulation of the quintessential essence of the First Amendment.

In his book, "Small is Beautiful", economist Schumacher articulates the vision of a business model that has sustainability and longevity as the primary features of the business. This is the fundamental nature of buskering as a business model. This is also the fundamental nature of being an artist and/or a musician as a business model. The ability to generate income anytime and anyplace is an economically priceless feature of a business model that couples the arts with the first amendment. The ability to deduct all related expenses before computing income is a feature of the tax code. This is IRS professions code 711510: Independent artists and entertainers.

In the situation triggering this suit, the Mayor of the City of San Francisco and his appointees have codified the abolishment of these rights, protections and income stream abilities.



In 2008, The City of San Francisco decided to license buskers. This shall not prevail.

. In addition to creating characters for events, I frequently perform the ancient greek art of non-verbal communication: pantomime. It has always been clear that the right to perform is protected. Until now.

There seem to be only three possible reasons they would do this. One, ignorance, they simply don't understand the protections of the first amendment. Or two, indifference, they know and understand the protected rights, and just don't care. Or three, maliciousness. My personal experience is that the result of their ignorance and/or indifference is total maliciousness to me, both personally and economically. Having recently studied the documentary "The Rape of Europa", I am particularly sensitive to government oversight of artists and entertainers.

In the process of seeking to address this issue, I have done "in person" visits to every relevant city department, I have not encountered a single individual with the city, including the mayoral staff, city attorney, recreation department or police, that knows clearly what behaviors are protected by the first amendment. Everyone wants to argue and nobody seems willing to read the ruling. I have left copies of the ruling, at my expense, with the mayors office and the city attorneys office. I have been ignored. That is no longer the case with the filing of this action. In a quest for legal assistance, not a single independent attorney; nor any legal agency supposedly representing artists (including ACLU and CALA), have I found anyone that has a clear fundamental awareness of what behaviors the first amendment actually protects. . A retired former federal prosecutor that I play chess with, actually read the ruling and told me to do this myself. Said it was a slam dunk win and that I would make myself famous.

To quote from Bery Vs NYC: and " . . . . .the city's attempt to require appellants to have a license is in an of itself an infringement on their protected rights.



My issue with the City is over performance art, which is a side bar of the Bery Vs NYC. That ruling is primarily about visual art (paintings, photographs, prints and sculpture).

The requirement resulting from the Mai Lai Massacre in VietNam is that the individual soldier is supposed to be familiar enough with the rules of war that they will disobey a direct order that is in violation of the Geneva Conventions. In this theme, I want the police and city administrators, who all take oaths to uphold everyones constitutional rights, to be familiar enough with what's protected that they protect the individual artists from the sleazy politicians.

As a retired California Licensed Marriage and Family Therapist (MFT 13702) who has been required to take multiple graduate law courses in subjects like 'confidentiality' and 'child abuse reporting laws; and endless case studies, I have learned how to read a ruling. I find myself frustrated by being ignored. What is the point of having a college teaching credential with a subject area of "Public Services and Administration", if no body that matters will pay any attention when I speak? So, in order to get the attention of the City, and educate the individuals within the bureaucracy, I have been forced to created this lawsuit.

In the ruling Bery Vs NYC, the Appellate Judges wrote: "In order to justify the award of a preliminary injunction, the moving party must first demonstrate that it is likely to suffer irreparable harm in the absence of the requested relief. Violations of First Amendment rights are commonly considered irreparable injuries for the purposes of a preliminary injunction. ("[t]he loss of First Amendment freedoms, for even minimal periods of time, unquestionably constitutes irreparable injury"); "[w]hen an alleged deprivation of a constitutional right is involved, most courts hold that no further showing of irreparable injury is necessary". By the very nature of their allegations, then, appellants have met the first prong of the test.



In this suit now, we are addressing the institutionalized suppression to the rights of the entire community called "artists". And restoring these rights to the artists who don't even know they have them.

**Prayer For Relief:**

The purposes for this lawsuit are:

1.To get the City of San Francisco to acknowledge civil rights and implement free speech policies that can pass constitutional muster,

and 2: To educate elected officials, municipal employees and the general public, particularly artists and attorneys as to the nature and specifics of the breadth and depths of protected rights;

and 3: To remunerate me for putting me in the position that I need to file a Federal lawsuit to protect my most basic fundamental rights from the City bureaucrats;

and 4: To save the local economy by freeing the creative entrepreneur talents of the artist community from bureaucratic license abuse by the city.

In executing this lawsuit, I have learned some miscellaneous relevant facts:

A.Because all of the individuals that created these unconstitutional rules were appointed by the mayor, this whole situation could constitute RICO "civil racketeering" and these people could be personally liable for triple damages.

B.Civil Rights Attorneys are paid handsome fees and these are packaged in addition to the judgement as 'attorney's fees'. I'm currently at about 250+ hours and computing at $300 per hour. (My MFT rate when I opted out).

C.It is possible for many other effected individuals to 'join' a suit such as this.

I am asking for one million dollars in damages, and additional seventy five thousand dollars in attorney's fees for my 'pro per' execution of this suit.



The United States of America, unique on the planet, in the history of time, is a nation of defined freedoms. For "relief", what the appellant seeks from the court, is freedom. Freedom is FROM governments! I want to be left alone. The city must leave artists alone. As Bery Vs NYC states: "The First Amendment's fundamental purpose, however, is to protect all forms of peaceful expression in all of its myriad manifestations."

Plaintiff demands a jury trial on all issues.

====================================

Bery Vs NYC: UNITED STATES COURT OF APPEALS

FOR THE SECOND CIRCUIT

Nos. 1620, 1621, 1782 August Term 1995

(Argued: April 26, 1996 Decided: October 10, 1996 )

Docket Nos. 95-9089 (L), 95-9131, 96-7137

24 Nov '009

6 of 6