1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  WAYNE SNODGRASS, State Bar #148137
   FRANCESCA GESSNER, State Bar #247553
3  Deputy City Attorneys
   City Hall, Room 234
4  1 Dr. Carlton B. Goodlett Place
   San Francisco, California 94102-4682
5  Telephone:  (415) 554-4762
   Facsimile:  (415) 554-4699
6  E-Mail:     francesca.gessner@sfgov.org

7  Attorneys for Defendants
8  CITY AND COUNTY OF SAN FRANCISCO

11                 UNITED STATES DISTRICT COURT
12                NORTHERN DISTRICT OF CALIFORNIA

13 | RICHARD ASPEN,                    | Case No. C09-5589 CRB
14 |     Plaintiff,                    | **STIPULATION EXTENDING DEFENDANTS'**
15 |                                   | **TIME TO FILE RESPONSIVE PLEADING**
   |     vs.                           |
16 |                                   | (Civil Local Rule 6.1(a))
   | GAVIN NEWSOM, MAYOR;              |
17 | CITY OF SAN FRANCISCO, CA,        | Honorable Charles R. Breyer
18 |     Defendants.                   |

STIPULATION RE: EXTENSION OF TIME
CASE NO. C09-5589 CRB

n:\govlit\li2009\100627\00600125.doc

## STIPULATION

WHEREAS, on November 24, 2009, Plaintiff Richard Aspen filed a Complaint against Mayor Gavin Newsom and the City and County of San Francisco (collectively "the City");

WHEREAS, on November 30, 2009, Plaintiff served the City with the Summons and Complaint; and

WHEREAS, under Rule 12 of the Federal Rules of Civil Procedure, the City must file a responsive pleading within twenty (20) days after being served with Plaintiff's summons and complaint; and

WHEREAS, the City has requested, and Plaintiff has agreed to, an extension until January21, 2010 to respond to the Complaint; and

WHEREAS, extending the time for the City to respond to the Complaint will not alter the date of any event or any deadline already fixed by Court order;

IT IS HEREBY STIPULATED AND AGREED, by and among Plaintiff and Defendant that:

Defendant's time to file a responsive pleading under Rule 12 of the Federal Rules of Civil Procedure shall be extended through and until January 21, 2010.

Dated: December 21, 2009

DENNIS J. HERRERA
City Attorney
WAYNE SNODGRASS
FRANCESCA GESSNER
Deputy City Attorneys

By: *Francesca Gessner*
FRANCESCA GESSNER

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

Dated: December 21, 2009

By: *Richard Aspen*
RICHARD ASPEN
Plaintiff in Pro Per

IT IS SO ORDERED

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE
DEC 2 2 2009
DATE

STIPULATION RE: EXTENSION OF TIME         1                    n:\govlit\li2009\100627\00600125.doc
CASE NO. C09-5589 CRB