UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

RICHARD ASPEN,

Plaintiff,

v.

GAVIN NEWSOM et al,

Defendant.
_____________________________________/

Case Number: CV09-05589 CRB

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 22, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Richard Aspen
935 Geary, #807
San Francisco, CA 94109

Dated: December 22, 2009

Richard W. Wieking, Clerk

Tracy Lucero

By: Tracy Lucero, Deputy Clerk