| | |
|---|---|
| 1 | DENNIS J. HERRERA, State Bar #139669<br>City Attorney |
| 2 | WAYNE SNODGRASS, State Bar #148137<br>FRANCESCA GESSNER, State Bar #247553 |
| 3 | Deputy City Attorneys<br>City Hall, Room 234 |
| 4 | 1 Dr. Carlton B. Goodlett Place<br>San Francisco, California 94102-4682 |
| 5 | Telephone:   (415) 554-4762<br>Facsimile:    (415) 554-4699 |
| 6 | E-Mail:        francesca.gessner@sfgov.org |

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO
and MAYOR GAVIN NEWSOM

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD ASPEN,<br><br>             Plaintiff,<br><br>      vs.<br><br>GAVIN NEWSOM, MAYOR;<br>CITY OF SAN FRANCISCO, CA,<br><br>             Defendants. | Case No. C09-5589 CRB<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES**<br><br>**(Civil Local Rule 7-12)**<br><br>Honorable Charles R. Breyer<br><br>Hearing Date:   March 5, 2010<br>Time:              8:30 a.m.<br>Place:             19th Floor, Courtroom 8 |

## **STIPULATION**

WHEREAS, on November 24, 2009, Plaintiff Richard Aspen filed a Complaint against Mayor Gavin Newsom and the City and County of San Francisco (the "City");

WHEREAS, on January 21, 2010, the City filed a Motion to Dismiss the Complaint for lack of standing and failure to state a claim upon which relief can be granted;

WHEREAS, the City's Motion to Dismiss is scheduled to be heard on March 26, 2010;

WHEREAS, pursuant to this Court's November 25, 2009 Order Setting Initial Case Management Conference and ADR Deadlines, the Initial Case Management Conference is currently scheduled for March 5, 2010;

WHEREAS, in light of the pending hearing on the Motion to Dismiss, the Parties agree that it would be an inefficient use of the Court's resources to hold a Case Management Conference before the Court has heard and decided the City's Motion to Dismiss;

WHEREAS, the Parties further agree that it would be difficult to complete initial disclosures, a discovery plan or a Case Management Statement at this stage in the litigation;

WHEREAS, the Parties agree, subject to the Court's approval, that all of the dates in the November 25, 2009 Order Setting Initial Case Management and ADR Deadlines should be continued until after the March 26, 2010 hearing on the City's Motion to Dismiss; now, therefore,

**IT IS HEREBY STIPULATED AND AGREED**, by and among Plaintiff and Defendants, through Defendants' counsel, subject to approval of the Court, that:

1. The Initial Case Management Conference is continued to Friday, April 30, 2010 at 8:30 a.m.
2. The last day to meet and confer, file ADR Certification, and file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference shall be April 9, 2010.
3. The last day to file Case Management Statement, file Rule 26(f) Report, and complete initial disclosures shall be April 23, 2010.

1   Dated: February 10, 2010

2
3                                   DENNIS J. HERRERA
                                    City Attorney
                                    WAYNE SNODGRASS
4                                   FRANCESCA GESSNER
                                    Deputy City Attorneys
5
6                                   By: /s/ Francesca Gessner
                                    FRANCESCA GESSNER
7                                   Attorneys for Defendants
                                    CITY AND COUNTY OF SAN FRANCISCO and
8                                   MAYOR GAVIN NEWSOM

9

10                                  RICHARD ASPEN

11
                                    By: /s/ Richard Aspen
12                                  RICHARD ASPEN
                                    Plaintiff in Pro Per
13

14
**PURSUANT TO STIPULATION, IT IS SO ORDERED:**
15

16
Dated: Feb. 16, 2010
17

18                                  _____
                                    The Honorable Charles R. Breyer
19



IT IS SO ORDERED
Judge Charles R. Breyer

28