DENNIS J. HERRERA, State Bar #139669
City Attorney
WAYNE SNODGRASS, State Bar #148137
FRANCESCA GESSNER, State Bar #247553
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone:    (415) 554-4762
Facsimile:    (415) 554-4699
E-Mail:       francesca.gessner@sfgov.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO
and MAYOR GAVIN NEWSOM

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD ASPEN,<br><br>          Plaintiff,<br><br>     vs.<br><br>GAVIN NEWSOM, MAYOR;<br>CITY OF SAN FRANCISCO, CA,<br><br>          Defendants. | Case No. C09-5589 CRB<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES**<br><br>(Civil **Local Rule 7-12**)<br><br>Honorable Charles R. Breyer<br><br>Hearing Date:    April 30, 2010<br>Time:            8:30 a.m.<br>Place:           19th Floor, Courtroom 8 |

# STIPULATION

WHEREAS, In its March 31, 2010 Order, this Court granted Defendants Mayor Gavin Newsom and the City and County of San Francisco (the "City")'s Motion to Dismiss and granted Plaintiff Richard Aspen leave to file an amended complaint within 20 days of the Order;

WHEREAS, Pursuant to this Court's February 16, 2010 Order Extending Initial Case Management Conference and ADR Deadlines, the deadline for the Parties to meet and confer and file ADR Certifications is presently scheduled for April 9, 2010, the Case Management statement is due April 23, 2010, and the Initial Case Management Conference is scheduled for April 30, 2010;

WHEREAS, Pursuant to this Court's March 31, 2010 Order, Plaintiff's amended complaint is due on April 20, 2010;

WHEREAS, Depending upon the contents of Plaintiff's amended complaint, the City may file another motion to dismiss, which would necessitate further briefing and a hearing thereon;

WHEREAS, Because Plaintiff has not yet filed his amended complaint, the Parties agree that it would be difficult to complete initial disclosures, a discovery plan or a Case Management Statement at this stage in the litigation;

WHEREAS, Given that Plaintiff's amended complaint is not due until April 20th, and that the City may file another motion to dismiss, the Parties further agree that it would be an inefficient use of the Court's resources to hold a Case Management Conference on April 30th;

WHEREAS, The Parties agree, subject to the Court's approval, that all of the dates in the February 16, 2010 Order Extending Initial Case Management Conference and ADR Deadlines should be continued until after Plaintiff has filed his amended complaint and after the City has had an opportunity to respond thereto, including the time it may take for briefing and hearing another motion to dismiss; now, therefore,

**IT IS HEREBY STIPULATED AND AGREED**, by and among Plaintiff and Defendants, through Defendants' counsel, subject to approval of the Court, that:

1. The Initial Case Management Conference is continued to Friday, July 16, 2010 at 8:30 a.m.

2. The last day to meet and confer, file ADR Certification, and file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference shall be June 25, 2010.

3. The last day to file Case Management Statement, file Rule 26(f) Report, and complete initial disclosures shall be July 9, 2010.

Dated: April 8, 2010

        DENNIS J. HERRERA
        City Attorney
        WAYNE SNODGRASS
        FRANCESCA GESSNER
        Deputy City Attorneys

        By: _____/s/_____
        FRANCESCA GESSNER
        Attorneys for Defendants
        CITY AND COUNTY OF SAN FRANCISCO and
        MAYOR GAVIN NEWSOM

        RICHARD ASPEN

        By: _____
        RICHARD ASPEN
        Plaintiff in Pro Per

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

Dated: April 9, 2010

        _____
        The Honorable
        Judge Charles R. Breyer



IT IS SO ORDERED — UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — Judge Charles R. Breyer