United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RICHARD ASPEN,

    Plaintiff,

  v.

GAVIN NEWSOM, Mayor; CITY AND COUNTY OF SAN FRANCISCO,

    Defendants.
                                   /

No. C 09-5589 CRB

**JUDGMENT**

    The Court, having granted Defendants' Motion to Dismiss with prejudice, enters judgment in favor of Defendants and against Plaintiff.

    **IT IS SO ORDERED.**

Dated: July 7, 2010

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2009\5589\Judgment.wpd